NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

## IN RE TRAFFIC INFORMATION, LLC

---

### 2014-1427

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 90/011,600.

---

## JUDGMENT

---

KEVIN L. RUSSELL, Chernoff, Vilhauer, McClung & Stenzel, of Portland, Oregon, argued for appellant.

AMY J. NELSON, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and MICHAEL S. FORMAN, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 20, 2015                    /s/  Daniel.  E.  O'Toole
Date                                    Daniel E. O'Toole
                                        Clerk of Court